

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2023

No. 04-22-00319-CV

**IN THE INTEREST OF E.G.M.**, a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0604-CV-C
Honorable William D. Old III, Judge Presiding

# O R D E R

Appellee's brief is due on January 23, 2023. On January 17, 2023, appellee filed an unopposed second motion to extend time to file brief. The motion is GRANTED. Appellee's brief is due **no later than February 22, 2023**. *Further requests for extensions of time to file appellee's brief will be disfavored.*

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court